# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

---

**Case No.:** CR 02-390-2-JO  **Date of Proceeding:** 9/8/05

**Presiding Judge:** ROBERT E. JONES    **Courtroom Deputy:** Cindy Schultz, telephone 503-326-8340

**Reporter:** None    **Tape No:** ___    **AUSA:** Scott M. Kerin

---

**DOCKET ENTRY:**

RECORD OF ORDER:

    Resentencing set for 9/27/05, at 9:00 a.m. in Courtroom 10A.

---

**DEFENDANT**                                     **COUNSEL**

(1) LYLE HARTFORD VAN DYKE, JR.    (1) ROBERT A. WEPPNER
    [ ] Present  [ ] O/R  [ ] Bond  [x] Custody    [ ] Present  [x] Appointed  [ ] Retained

(2) _____    (2) _____
    [ ] Present  [ ] O/R  [ ] Bond  [ ] Custody    [ ] Present  [ ] Appointed  [ ] Retained

(3) _____    (3) _____
    [ ] Present  [ ] O/R  [ ] Bond  [ ] Custody    [ ] Present  [ ] Appointed  [ ] Retained

(4) _____    (4) _____
    [ ] Present  [ ] O/R  [ ] Bond  [ ] Custody    [ ] Present  [ ] Appointed  [ ] Retained

---

cc:  [ ] Chambers              [ ] Probation Office
     [ ] Counsel of Record     [ ] Pretrial Services Office
     [ ] Jury Clerk            [ ] U.S. Marshal's Office    **Document No:** ___

**CRIMINAL MINUTES**

**Criminal Minutes**    **Honorable Robert E. Jones**
**Revised April 23, 1991**