```
 1                  UNITED STATES DISTRICT COURT

 2                       DISTRICT OF OREGON

 3

 4   UNITED STATES OF AMERICA,      )
                                    ) No.
 5             Plaintiff,           )
                                    ) 02-CR-00390-JO-2
 6        vs.                       )
                                    ) August 10, 2010
 7   LYLE HARTFORD VAN DYKE, JR.,   )
                                    ) Portland, Oregon
 8             Defendant.           )
     _____)
 9

10         BEFORE THE HONORABLE ROBERT E. JONES

11            UNITED STATES DISTRICT COURT JUDGE

12

13

14

15

16

17

18                        APPEARANCES

19   FOR THE PLAINTIFF:  Mr. Scott Kerin
                         Assistant United States Attorney
20

21   FOR THE DEFENDANT:  Mr. Lyle Hartford Van Dyke, Jr.
                         Appearing Pro Se
22

23

24

25   Court Reporter:     Denise C. Zito, CSR
```

```
 1              UNITED STATES DISTRICT COURT      FILED'10 SEP 15 12:23 USDC-ORP
 2                     DISTRICT OF OREGON         FILED'10 SEP 15 12:23 USDC-ORP
 3
 4   UNITED STATES OF AMERICA,    )
                                  ) No.
 5              Plaintiff,        )
                                  ) 02-CR-00390-JO-2
 6        vs.                     )
                                  ) August 10, 2010
 7   LYLE HARTFORD VAN DYKE, JR., )
                                  ) Portland, Oregon
 8              Defendant.        )
                                  )
 9   ─────────────────────────────
10            BEFORE THE HONORABLE ROBERT E. JONES
11              UNITED STATES DISTRICT COURT JUDGE
12
13
14
15
16
17
18                         APPEARANCES
19   FOR THE PLAINTIFF:  Mr. Scott Kerin
                         Assistant United States Attorney
20
21   FOR THE DEFENDANT:  Mr. Lyle Hartford Van Dyke, Jr.
                         Appearing Pro Se
22
23                         Denise C. Zito
24
25   Court Reporter:     Denise C. Zito, CSR
```

1        (Tuesday, August 10, 2010)

2                  PROCEEDINGS

3        (Open court:)

4        THE CLERK:  All rise.  United States

5 District Court for the District of Oregon is now in

6 session.  The Honorable Robert E. Jones presiding.

7        THE COURT:  Go ahead, Counsel.

8        MR. KERIN:  Thank you.  Good morning,

9 Your Honor.  Your Honor, we are here in United

10 States versus Lyle Hartford Van Dyke, Jr.  Our case

11 number is CR02-390.  Your Honor, I'm Scott Kerin

12 appearing on behalf of the government.

13        With me here today at the counsel table

14 for the probation office is Ms. Eileen Groshong.

15 Mr. Lyle Hartford Van Dyke, Jr., is also present.

16 He is representing himself.

17        Your Honor, Mr. Van Dyke was summonsed in

18 today this morning --

19        THE COURT:  I've read the file.  I know

20 this case inside and out.  I'll take over.

21        MR. KERIN:  Thank you, Your Honor.

22        THE COURT:  Mr. Van Dyke.

23        THE WITNESS:  Yes, sir.

24        THE COURT:  In respect of this matter, I

25 sentenced you and you served your time.

1           THE WITNESS:  Yes, sir.
2           THE COURT:  You want to go to Eastern
3  Washington to -- around Spokane; is that right?
4           THE WITNESS:  Yes, sir.
5           THE COURT:  And as far as I'm concerned,
6  I think that you are better off to have me terminate
7  your supervised release and tell you to go about
8  your own business.  If you violate the law again,
9  you'll be sent back to prison.
10          THE WITNESS:  Yes, sir.
11          THE COURT:  And you know how bad that is.
12          THE WITNESS:  Yes.
13          THE COURT:  And so it's all up to you to
14 be a law-abiding citizen.  And at this moment you
15 are a free man.
16          THE WITNESS:  Thank you very much.
17          MS. GROSHONG:  Your Honor, just for
18 clarification, will you be making a finding on the
19 violations or not?
20          THE COURT:  I'm not making a finding.
21 I'm just terminating supervised release.
22          MS. GROSHONG:  Thank you, Your Honor.
23          THE COURT:  That's it.
24          THE CLERK:  Court is in recess.
25          (Proceedings concluded at 10:37 a.m.)

```
 1            C E R T I F I C A T E
 2
 3        I, Denise C. Zito, Certified Shorthand
 4   Reporter, do hereby certify that, the proceedings
 5   were held before me at the time and place mentioned
 6   in the caption herein; that the witnesses were first
 7   duly sworn on oath, and examined upon oral
 8   interrogatories propounded by counsel; that said
 9   examination, together with the testimony of said
10   witnesses, was taken down by me in stenotype and
11   thereafter reduced to typewriting; and, that the
12   foregoing transcript, Pages 1 to 3, both inclusive,
13   constitutes a full, true, and accurate record of
14   said examination of and testimony given by said
15   witnesses, and of all other oral proceedings had
16   during the taking of said proceedings, and of the
17   whole thereof, to the best of my ability.
18        Witness my hand at Portland, Oregon, this
19   10th day of September, 2010.
20
21
22                         /s/Denise C. Zito
23                         Denise C. Zito
24                         CSR No. 01-0375
25
```

**0**

**01-0375** [1] - 4:24
**02-CR-00390-JO-2** [1] - 1:5

**1**

**1** [1] - 4:12
**10** [2] - 1:6, 2:1
**10:37** [1] - 3:25
**10th** [1] - 4:19

**2**

**2010** [3] - 1:6, 2:1, 4:19

**3**

**3** [1] - 4:12

**A**

**a.m** [1] - 3:25
**abiding** [1] - 3:14
**ability** [1] - 4:17
**accurate** [1] - 4:13
**ahead** [1] - 2:7
**AMERICA** [1] - 1:4
**APPEARANCES** [1] - 1:18
**appearing** [2] - 1:21, 2:12
**Assistant** [1] - 1:19
**Attorney** [1] - 1:19
**August** [2] - 1:6, 2:1

**B**

**bad** [1] - 3:11
**BEFORE** [1] - 1:10
**behalf** [1] - 2:12
**best** [1] - 4:17
**better** [1] - 3:6
**business** [1] - 3:8

**C**

**caption** [1] - 4:6
**case** [2] - 2:10, 2:20
**Certified** [1] - 4:3
**certify** [1] - 4:4
**citizen** [1] - 3:14
**clarification** [1] - 3:18
**CLERK** [2] - 2:4, 3:24
**concerned** [1] - 3:5
**concluded** [1] - 3:25
**constitutes** [1] - 4:13
**counsel** [2] - 2:13, 4:8
**Counsel** [1] - 2:7
**COURT** [12] - 1:1, 1:11, 2:7, 2:19, 2:22, 2:24, 3:2, 3:5, 3:11, 3:13, 3:20, 3:23
**Court** [2] - 1:25, 2:5
**court** [2] - 2:3, 3:24
**CR02-390** [1] - 2:11
**CSR** [2] - 1:25, 4:24

**D**

**Defendant** [1] - 1:8
**DEFENDANT** [1] - 1:21
**Denise** [3] - 1:25, 4:3, 4:23
**DISTRICT** [3] - 1:1, 1:2, 1:11
**District** [2] - 2:5
**down** [1] - 4:10
**duly** [1] - 4:7
**during** [1] - 4:16
**DYKE** [1] - 1:7
**Dyke** [5] - 1:21, 2:10, 2:15, 2:17, 2:22

**E**

**Eastern** [1] - 3:2
**Eileen** [1] - 2:14
**examination** [2] - 4:9, 4:14
**examined** [1] - 4:7

**F**

**far** [1] - 3:5
**file** [1] - 2:19
**first** [1] - 4:6
**FOR** [2] - 1:19, 1:21
**foregoing** [1] - 4:12
**free** [1] - 3:15
**full** [1] - 4:13

**G**

**given** [1] - 4:14
**government** [1] - 2:12
**Groshong** [1] - 2:14
**GROSHONG** [2] - 3:17, 3:22

**H**

**hand** [1] - 4:18
**HARTFORD** [1] - 1:7
**Hartford** [3] - 1:21, 2:10, 2:15
**held** [1] - 4:5
**hereby** [1] - 4:4
**herein** [1] - 4:6
**himself** [1] - 2:16
**Honor** [7] - 2:9, 2:11, 2:17, 2:21, 3:17, 3:22
**HONORABLE** [1] - 1:10
**Honorable** [1] - 2:6

**I**

**inclusive** [1] - 4:12
**inside** [1] - 2:20
**interrogatories** [1] - 4:8

**J**

**JONES** [1] - 1:10
**Jones** [1] - 2:6
**JR** [1] - 1:7
**Jr** [3] - 1:21, 2:10, 2:15
**JUDGE** [1] - 1:11

**K**

**KERIN** [2] - 2:8, 2:21
**Kerin** [2] - 1:19, 2:11

**L**

**law** [2] - 3:8, 3:14
**law-abiding** [1] - 3:14
**LYLE** [1] - 1:7
**Lyle** [3] - 1:21, 2:10, 2:15

**M**

**man** [1] - 3:15
**matter** [1] - 2:24
**mentioned** [1] - 4:5

**moment** [1] - 3:14
**morning** [2] - 2:8, 2:18
**MR** [2] - 2:8, 2:21
**MS** [2] - 3:17, 3:22

**N**

**number** [1] - 2:11

**O**

**oath** [1] - 4:7
**OF** [2] - 1:2, 1:4
**office** [1] - 2:14
**Open** [1] - 2:3
**oral** [2] - 4:7, 4:15
**OREGON** [1] - 1:2
**Oregon** [3] - 1:7, 2:5, 4:18
**own** [1] - 3:8

**P**

**Pages** [1] - 4:12
**place** [1] - 4:5
**Plaintiff** [1] - 1:5
**PLAINTIFF** [1] - 1:19
**Portland** [2] - 1:7, 4:18
**present** [1] - 2:15
**presiding** [1] - 2:6
**prison** [1] - 3:9
**Pro** [1] - 1:21
**probation** [1] - 2:14
**proceedings** [3] - 4:4, 4:15, 4:16
**Proceedings** [1] - 3:25
**PROCEEDINGS** [1] - 2:2
**propounded** [1] - 4:8

**R**

**read** [1] - 2:19
**recess** [1] - 3:24
**record** [1] - 4:13
**reduced** [1] - 4:11
**release** [2] - 3:7, 3:21
**Reporter** [2] - 1:25, 4:4
**representing** [1] - 2:16
**respect** [1] - 2:24
**rise** [1] - 2:4

**ROBERT** [1] - 1:10
**Robert** [1] - 2:6

**S**

**Scott** [2] - 1:19, 2:11
**Se** [1] - 1:21
**sent** [1] - 3:9
**sentenced** [1] - 2:25
**September** [1] - 4:19
**served** [1] - 2:25
**session** [1] - 2:6
**Shorthand** [1] - 4:3
**Spokane** [1] - 3:3
**STATES** [3] - 1:1, 1:4, 1:11
**States** [3] - 1:19, 2:4, 2:10
**stenotype** [1] - 4:10
**summonsed** [1] - 2:17
**supervised** [2] - 3:7, 3:21
**sworn** [1] - 4:7

**T**

**table** [1] - 2:13
**terminate** [1] - 3:6
**terminating** [1] - 3:21
**testimony** [2] - 4:9, 4:14
**THE** [21] - 1:10, 1:19, 1:21, 2:4, 2:7, 2:19, 2:22, 2:23, 2:24, 3:1, 3:2, 3:4, 3:5, 3:10, 3:11, 3:12, 3:13, 3:16, 3:20, 3:23, 3:24
**thereafter** [1] - 4:11
**thereof** [1] - 4:17
**today** [2] - 2:13, 2:18
**together** [1] - 4:9
**transcript** [1] - 4:12
**true** [1] - 4:13
**Tuesday** [1] - 2:1
**typewriting** [1] - 4:11

**U**

**UNITED** [3] - 1:1, 1:4, 1:11
**United** [3] - 1:19, 2:4, 2:9
**up** [1] - 3:13

**V**

**VAN** [1] - 1:7
**Van** [5] - 1:21, 2:10, 2:15, 2:17, 2:22
**versus** [1] - 2:10
**violate** [1] - 3:8
**violations** [1] - 3:19
**vs** [1] - 1:6

**W**

**Washington** [1] - 3:3
**whole** [1] - 4:17
**WITNESS** [6] - 2:23, 3:1, 3:4, 3:10, 3:12, 3:16
**Witness** [1] - 4:18
**witnesses** [3] - 4:6, 4:10, 4:15

**Z**

**Zito** [3] - 1:25, 4:3, 4:23